**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

|  |  |
|---|---|
| ) | |
| ) | |
| ) | |
| ) | |
| **IN RE REGIONS MORGAN KEEGAN** ) | |
| **SECURITIES, DERIVATIVE AND** ) | |
| **ERISA LITIGATION** ) | |
| ) | **No. 2:09-md-02009** |
| **This Document Relates To:** ) | |
| **ALL ACTIONS** ) | |
| ) | |
| ) | |
| ) | |
| ) | |

**ORDER RECOMMENDING TERMINATION OF MULTIDISTRICT LITIGATION**

On February 12, 2009, the United States Judicial Panel on Multidistrict Litigation ("JPML") assigned multidistrict litigation ("MDL") No. 2009, In re Regions Morgan Keegan Securities, Derivative and Employee Retirement Income Security Act (ERISA) Litigation, to the undersigned. In the 63 cases associated with this MDL, plaintiffs brought securities fraud claims arising from the collapse of Regions Morgan Keegan investment funds.

The Court certified three class action settlement classes in the cases captioned In re Regions Morgan Keegan Open-End Mutual Fund Litigation, No. 2:07-cv-02784; In re Regions Morgan Keegan Closed-End Mutual Fund Litigation, No. 2:07-cv-02830; and

In re Regions Morgan Keegan ERISA Litigation, No. 2:08-cv-02192. The Court has approved the final disbursement of funds in each of those class actions. All funds have been disbursed. Each of the other 60 cases associated with this MDL has been resolved. There are no pending matters.

The Court recommends the JPML terminate this MDL and the Clerk of the Court close this matter, subject to the Court's continuing jurisdiction to enforce its orders or address any other miscellaneous issues necessary to complete the administration of these cases.

So ordered this 25th day of June, 2020.

/s/ *Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE